IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY MANNING, | 1:12-cv-01621-GSA (PC) |
|     Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
|     vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| L. D. ZAMORA, et al., | |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 3, 2012, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) However, Plaintiff's application to proceed in forma pauperis was deficient because it was not submitted on the appropriate form for a prisoner. On October 4, 2012, the Court entered an order requiring Plaintiff to submit a new application to proceed in forma pauperis, using the form provided by the Court. (Doc. 4.)

On October 15, 2012, Plaintiff submitted a new application to proceed in forma pauperis. (Doc. 6.) However, Plaintiff did not use the form provided by the Court, and the application was again submitted on an inappropriate form. Plaintiff shall be provided another opportunity to submit an appropriate application.

///

-1-

1    Accordingly, IT IS HEREBY ORDERED that:

2    **Within forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis *for a prisoner*, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.

6    **Within sixty (60) days** of the date of service of this order, Plaintiff shall submit a *certified* copy of his prison trust statement for the six month period immediately preceding the filing of the complaint.

9    **Failure to comply with this order will result in dismissal of this action.**

10   IT IS SO ORDERED.

11   Dated:   **October 18, 2012**              /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE