UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY MANNING,<br><br>      Plaintiff,<br><br>    vs.<br><br>L. D. ZAMORA, et al.,<br><br>      Defendants. | 1:12-cv-01621-GSA-PC<br><br>ORDER REQUIRING DEFENDANT KELLY TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HER<br>(Doc. 22.)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF THIS ORDER ON DEFENDANT KELLY AT ADDRESS BELOW |

      Leroy Manning ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2012, Plaintiff filed the Complaint commencing this action. (Doc. 1.)

      This action now proceeds on the initial Complaint only against defendant Julie Kelly ("Defendant") for inadequate medical care in violation of the Eighth Amendment.[1] On May 28, 2014, Defendant executed a Waiver of Service, and Defendant's response to Plaintiff's

---

[1] On September 16, 2013, the court dismissed all other claims and defendants from this action based on Plaintiff's failure to state a claim under § 1983. (Doc. 15.)

Complaint was due on or before July 22, 2014.  Fed. R. Civ. P. 12(a), 6(d).  (Doc. 22.)  To date, Defendant has not made an appearance or requested an extension of time.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, defendant Julie Kelly shall show cause why default should not be entered against her;
2. To facilitate her ability to comply with this order, Defendant's obligation to respond to the Complaint is extended thirty days from the date of service of this order; and
3. The Clerk's Office shall serve a courtesy copy of this order on defendant Julie Kelly at Urgent Care, 783 Quintana Place, Morro Bay, CA  93442.

IT IS SO ORDERED.

Dated:   **August 14, 2014**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE