# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY MANNING,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIE KELLY,<br><br>    Defendant. | Case No. 1:12-cv-01621-LJO-SAB-PC<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR RELIEF FROM LOCAL RULE 230(l)<br><br>(ECF NO. 75) |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's Request for Relief from Local Rule 230(l), filed on October 18, 2016. (ECF No. 75.)

On September 1, 2016, Plaintiff filed a Notice of Change of Address, indicating his release from state custody. (ECF No. 72.) Local Rule 230(l) provides that all motions, except motions to dismiss for lack of prosecution, filed in an action in which one party is incarcerated and proceeding in propria persona shall be submitted on the record without oral argument. Defendant argues that Local Rule 230(l) expressly applies to actions wherein one party is incarcerated, and that since Plaintiff is no longer incarcerated 203(l) should not apply in this

1

action.

This action was filed while Plaintiff was incarcerated and in situations where the prisoner is released from custody during the pendency of the action the Court finds no reason to deviate from Rule 230(l).  Therefore, even though Plaintiff is no longer incarcerated, the Court will take matters under submission without a hearing pursuant to Local Rule 230(g).  Should the Court deem that a hearing is necessary for a particular matter, it will so inform the parties and set the matter for a hearing.[1]

Accordingly, IT IS HEREBY ORDERED that Defendant's Request for Relief from Local Rule 230(l) is DENIED.

IT IS SO ORDERED.

Dated: __**October 27, 2016**__

UNITED STATES MAGISTRATE JUDGE

---

[1] There are currently no motions pending.  The dispositive motion filing deadline in this case is November 17, 2016.