# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY MANNING,<br><br>          Plaintiff,<br><br>     v.<br><br>JULIE KELLY,<br><br>          Defendant. | Case No.  1:12-cv-01621-LJO-SAB-PC<br><br>ORDER GRANTING DEFENDANT'S FIRST MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br>(ECF No. 77)<br><br>***Dispositive Motion Deadline:***<br>December 9, 2016 |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

Currently before the Court is Defendant's first motion to modify the discovery and scheduling order, seeking to extend the dispositive motion deadline by twenty-one (21) days. (ECF No. 77.) The motion is supported by a declaration from defense counsel, explaining counsel has diligently worked on researching and drafting a motion, but requires additional time to analyze Plaintiff's medical records and other relevant documents and to consult on edits and revisions. Defense counsel has also been delayed by a leave of absence, a medication in another matter, and another deadline.

///

Plaintiff has not had an opportunity to respond to this motion, but the Court finds none necessary, and that Plaintiff will not be prejudiced by the consideration of this motion. Local Rule 230(l). The brief requested extension of the dispositive motion filing deadline will be applied to both parties.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's first motion to modify the discovery and scheduling order, filed November 15, 2016 (ECF No. 77) is GRANTED; and
2. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is December 9, 2016.

IT IS SO ORDERED.

Dated:   **November 16, 2016**

UNITED STATES MAGISTRATE JUDGE