**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEROY MANNING,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JULIE KELLY,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01621-LJO-SAB (PC)<br><br>ORDER RE-CAPTIONING CASE |

　　　Plaintiff Leroy Manning is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently, this case proceeds against only Defendant Julie Kelly. Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected above.

IT IS SO ORDERED.

Dated:　**January 11, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE